IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

EFFIE LEONE WILCOX, individually, as
administrator of the deceased, CHARLES
WAYNE LYONS, and on behalf of the heirs
of the estate of CHARLES WAYNE LYONS                    PLAINTIFF


VS.                         CASE NO. 06-CV-1100


JAMES ROBINSON, individually and in
his official capacities; DAVID BURTON,
individually and in his official capacities;
ASHLEY COUNTY, a subordinate political
entity in the State of Arkansas; and various
JOHN DOES, individually and in their official
capacities, as employees, agents, officers,
supervisors, and/or policy makers of Ashley County       DEFENDANTS


## JUDGMENT

Before the Court is Defendants' Motion for Summary Judgment. (Doc. No. 17). The Plaintiff has file a response. (Doc. No. 28). Upon consideration, for the reasons discussed in the Memorandum Opinion of even date, the Court finds that the motion should be and hereby is **granted**. The lawsuit is hereby **dismissed** with prejudice.

IT IS SO ORDERED, this 30th day of September, 2008.

    /s/Harry F. Barnes
    Hon. Harry F. Barnes
    United States District Judge